**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6121**

———————

JAMIE RAY EVERETT,

Petitioner - Appellant,

versus

M. E. RAY, Warden,

Respondent - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.   G. Ross Anderson, Jr., District Judge.  (CA-99-1882-0-13BD)

———————

Submitted:  April 13, 2000          Decided:  April 21, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jamie Ray Everett, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jamie Ray Everett appeals the district court's order denying his motion for reconsideration of the court's dismissal without prejudice of his petition filed pursuant to 28 U.S.C. § 2241 (1994) for failure to exhaust his administrative remedies.  To the extent that Everett seeks to challenge the computation of his sentence, he must exhaust administrative remedies.  See United States v. Wilson, 503 U.S. 329, 334-37 (1992).  To the extent that Everett seeks to challenge the validity of his conviction, such a claim may only be raised in a motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 1999).*  See generally Swain v. Pressley, 430 U.S. 372, 381 (1977); United States v. Miller, 871 F.2d 488, 489-90 (4th Cir. 1989).  Accordingly, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Because Everett has already filed one § 2255 motion, he may not file another § 2255 motion absent authorization from this court pursuant to 28 U.S.C.A. § 2244 (West 1994 & Supp. 2000).